

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2024

No. 04-23-00399-CR

**EX PARTE** Johny Misael **PEREZ DOBLANDO**

From the County Court, Kinney County, Texas
Trial Court No. 10603CR
Honorable Susan D. Reed, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, we **DISMISS** Johny Misael Perez Doblando's appeal of the denial of his application for pretrial writ of habeas corpus for want of jurisdiction. We further consider Perez Doblando's appeal as a petition for writ of mandamus and **DENY** his request for mandamus relief **WITHOUT PREJUDICE**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on June 26, 2024.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2024.

Luz Estrada, Chief Deputy Clerk